

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00258-CV

| | | |
|---|---|---|
| David Glen Harris | § | From the 96th District Court |
| | § | of Tarrant County (096-262265-12) |
| v. | § | April 17, 2014 |
| | § | Opinion by Justice Dauphinot |
| Ludene Harper | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot